UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-20138-CIV-ALTONAGA/O'Sullivan

JORGE GARCIA,

      Plaintiff(s),

vs.

PRINCIPAL LIFE INSURANCE COMPANY,

      Defendant(s).            /

## JOINT NOTICE OF SETTLEMENT

COMES NOW, Plaintiff, Jorge Garcia and Defendant, Principal Life Insurance Company by and through their undersigned counsel and pursuant to Southern District of Florida *Local Rule* 16.2 (f)(2), *S.D. Fla. L. R.*, hereby notify the Court that the parties to this action have reached a confidential settlement of this matter and anticipate filing a stipulated dismissal with prejudice in the near future.

Dated: April 5, 2017                              Dated: April 5, 2017

By: */s/ Alexander Palamara*                      By: */s/ Edward M. Holt*
   ALEXANDER PALAMARA, ESQ.                 EDWARD M. HOLT, ESQ.
   Fla. Bar No. 37170                        Fla. Bar No. 120473
   DELL & SCHAEFER                           MAYNARD, COOPER & GALE, P.C.
   Attorneys for Plaintiff                   Attorneys for Defendant
   2404 Hollywood Blvd.                      2400 Regions/Harbert Plaza
   Hollywood, FL 33020                       1901 Sixth Avenue North
   Ph.(954) 620-8300                         Birmingham, AL 35203-2602
   Fax:(954) 922-6864                        Ph. (205) 254-1000
   alex@diattorney.com                       Fax: (205) 254-1999
                                                       tholt@maynardcooper.com