UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| JORGE GARCIA, | ) |
| Plaintiff, | ) Case No. 1:17-CV-20138-CMA |
| v. | ) |
| PRINCIPAL LIFE INSURANCE COMPANY, | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the Plaintiff, Jorge Garcia ("Plaintiff"), and Defendant Principal Life Insurance Company ("Defendant"), by and through their undersigned counsel, and agree and stipulate that the above-styled action and all claims contained therein should be dismissed with prejudice against Defendant with each party to bear its own costs.

Dated this 12th day of April, 2017.

| | |
|---|---|
| DELL & SCHAEFER, CHARTERED | MAYNARD, COOPER & GALE, P.C. |
| By: s/ _____ | By: s/ Grace R. Murphy |
| Alexander A. Palamara | Grace R. Murphy (*Pro Hac Vice*) |
| Gregory M. Dell | Edward M. Holt |
| 2404 Hollywood Boulevard | 1901 Sixth Avenue North, Suite 2400 |
| Hollywood, FL 33020 | Birmingham, AL 35203-2618 |
| Attorneys for Plaintiff | Attorneys for Defendant |